

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:      01-13-00176-CV

Style:      Thomas Sims and Raymond Campbell

     **v** Patricia Fitzpatrick Hill and Richard Guion

Date motion filed[*]:      March 15, 2013

Type of motion:      Motion for Extension of Time to File Appeal

Party filing motion:      Appellants

Document to be filed:

If motion to extend time:

     Deadline to file document:

     Number of previous extensions granted:

     Length of extension sought:

Ordered that motion is:

☑      Granted
     If document is to be filed, document due:

         ☐   The Clerk is instructed to file the document as of the date of this order
         ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

   **Appellants' notice of appeal filed February 27, 2013 is deemed timely filed.**

Judge's signature: /s/ Justice Rebeca Huddle
         ☑ Acting individually     ☐ Acting for the Court

         Panel consists of _____.

Date: March 20, 2013